KERMIT ADAMS, TRUSTEE, ET AL. *v.* PLANNING
COMMISSION OF THE TOWN OF BETHLEHEM

The defendant's petition for certification for
appeal from the Superior Court in the judicial dis-
trict of Waterbury is denied by the court.

*David B. Losee,* in support of the petition.
*James R. Healey,* in opposition.

Decided April 1, 1980

WILLIAM CIBES ET AL. *v.* STATE TRAFFIC COMMISSION
ET AL.

The plaintiffs' petition for certification for appeal
from the Superior Court in the judicial district of
New London is denied by the court.

*Timothy D. Bates* and *Myron B. Bell,* in support
of the petition.

*Frank Rogers,* assistant attorney general, and
*Elizabeth R. Collins,* in opposition.

Decided April 1, 1980

GLORIA STREATER *v.* WALTER LITTLE

The defendant's petition for certification for
appeal from the Appellate Session of the Superior
Court is denied by the court.

*Jon C. Blue,* in support of the petition.
*Stephen J. McGovern,* assistant attorney general,
in opposition.

Decided April 1, 1980